# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

COCHISE MILES
ADC #119012                                                                    PETITIONER


VS.                              4:06CV00862 WRW/JTR


LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT


## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and  ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is

DISMISSED, WITH PREJUDICE.

Dated this 9th day of May, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE